AO 442 (REV. 12/85)

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, EL PASO DIVISION

FILED
01/13/2026
Clerk, U.S. District Court
Western District of Texas

By: __FMorales__
Deputy

| | |
|---|---|
| USA | § |
| | § CRIMINAL COMPLAINT |
| vs. | § CASE NUMBER: EP:26-M -00205(1) - MAT |
| | § |
| (1) JUAN CARLOS ROSALES-CABRERA | § |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **January 10, 2026** in _ county, in the **WESTERN DISTRICT OF TEXAS** defendant did, being an alien to the United States, enter, attempt to enter, or was found in the United States after having been previously excluded, deported, or removed from the United States without receiving permission to reapply for admission to the United States from the Attorney General of the United States and the Secretary of Homeland Security, the successor pursuant to Title 6, United States Code, Sections 202(3), 202(4), and 557

in violation of Title  **8**  United States Code, Section(s)  **1326(a)**

I further state that I am a **Border Patrol Agent** and that this complaint is based on the following facts: "The DEFENDANT, Juan Carlos ROSALES-Cabrera, an alien to the United States and a citizen of Mexico was found approximately 0.18 miles west of the Paso Del Norte Port of Entry in El Paso, Texas in the Western District of Texas. From

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me,

/s/ BAUTISTA, BRENDA V.
Signature of Complainant
Border Patrol Agent

January 13, 2026                                              at   EL PASO, Texas
Date                                                                           City and State

MIGUEL A. TORRES
UNITED STATES MAGISTRATE JUDGE

Signature of Judicial Officer
**OATH TELEPHONICALLY SWORN AT 2:00 P.M.
FED.R.CRIM.P. 4.1(b)(2)(A)**

CONTINUATION OF CRIMINAL COMPLAINT - EP:26-M -00205(1)

WESTERN DISTRICT OF TEXAS

(1) JUAN CARLOS ROSALES-CABRERA

FACTS   (CONTINUED)

statements made by the DEFENDANT to the arresting agent, the DEFENDANT was determined to be a native and citizen of Mexico, without immigration documents allowing him to be or remain in the United States legally.  The DEFENDANT has been previously removed from the United States to Mexico on May 13, 2022, through El Paso, Texas.  The DEFENDANT has not previously received the expressed consent from the Attorney General of the United States or the Secretary of Homeland Security to reapply for admission into the United States.

Because this affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.

IMMIGRATION HISTORY:
The DEFENDANT has been granted 6 voluntary departure(s), the last on May 11, 2024, through SANTA TERESA, NM
The DEFENDANT has been removed 3 time(s), the last one being to MEXICO on May 13, 2022, through EL PASO, TX


CRIMINAL HISTORY:
01/28/2014, El Paso, Texas, 8 USC 1325(M), CNV, 25 Days Remitted.
08/12/2015, El Paso, Texas, Reentry of Deported Alien(F), CNV, Probation 60 Months.
05/30/2019, Santa Teresa, New Mexico, Illegal Re Entry(F), CNV, 6 months.
07/21/2021, El Paso, Texas, Reentry of Deported Alien(F), CNV, Prison 10 months, 12 months supervised release. .